IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| Charles Lamb, # 186788, | ) | C/A NO. 8:10-732-CMC-BHH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| Lieber Correctional Institution; Head Pharmacy Nurse, People Them, | ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint brought pursuant to 42 U.S.C. § 1983. On May 12, 2010, this court adopted the Report and Recommendation of the Magistrate Judge and gave Plaintiff an opportunity to pay the full filing fee ($350.00) in this court. *See* Order (Dkt. #14, filed May 12, 2010). Plaintiff was specifically advised that failure to pay the filing fee would result in the dismissal of this matter without prejudice and without issuance and service of process. No further communication has been received from Plaintiff. Plaintiff's copy of the order directing payment of the fee was returned to this court, indicating that he has been released from the custody of the South Carolina Department of Corrections. Dkt. # 16.

On March 31, 2010, an order was entered directing Plaintiff to advise this court of any change of address and that failure to do so could result in the dismissal of this matter. Dkt. # 9 (filed Mar. 31, 2010). As Plaintiff has failed to comply with this order, and as it appears Plaintiff does not intend to pursue this action, this matter is dismissed without prejudice and without issuance and service of process.

1

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie
CAMERON McGOWAN CURRIE
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
June 17, 2010

C:\Documents and Settings\nac60\Desktop\10-732 Dismissal Order.wpd